

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 29, 2023

**BY EMAIL**
The Honorable Andrew E. Krause
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Savon Bagby*, 23 Mag. 2342

Dear Judge Krause:

    The Government writes respectfully to request that the Court unseal the Complaint, 23 Mag. 2342, and related arrest warrant in the above-referenced case, as the defendant has been arrested.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: __/s/_____
    Kathryn P. Wheelock
    Assistant United States Attorney
    Southern District of New York
    (914) 993-1966

cc:    Counsel of Record (by Email)

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: March 29, 2023